# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### PROBATION OFFICE

**SUZANNE H. MINGLEDORFF**
CHIEF PROBATION OFFICER

P. O. BOX 8165
SAVANNAH 31412

PHONE: 912-650-4150
FAX: 912-650-4148



AUGUSTA 30903
FEDERAL JUSTICE CENTER
P. O. BOX 760
PHONE: 706-849-4450
FAX: 706-849-4449

BRUNSWICK 31521
P. O. BOX 878
PHONE: 912-280-1350
FAX: 912-280-1349

BRUNSWICK

# MEMORANDUM

DATE: December 10, 2019

TO: Honorable Christopher L. Ray
United States Magistrate Judge

FROM: Kyle P. Grimes
United States Probation Officer

RE: **Ti'ara B. Williams**
4:19CR00058-1
Savannah Division
**EARLY TERMINATION REQUEST**

On August 13, 2019, Ti'ara B. Williams appeared before Your Honor and was sentenced to twelve months probation for committing the offense of driving under the influence (less safe) while on a military reservation. The Court also imposed a $25 special assessment, $1,000 fine, and special conditions to include substance abuse testing; alcohol abstinence; and forty hours of community service. In addition, Your Honor stated that probation could be early terminated upon completion of all court-ordered obligations as recommended by the probation officer.

While on supervision, Williams has submitted three negative drug screens and has posed no problems. She completed her community service hours at the Okefenokee Heritage Center in Waycross, Georgia, on December 5, 2019. Williams also paid the remaining balance on her criminal monetary penalties on December 6, 2019. As such, she has complied with all court-ordered conditions to date.

In light of her favorable adjustment to supervision, it is respectfully recommended that this case be terminated. Should the Court concur with this recommendation, an order terminating probation is attached for the Court's signature.

Enclosure

Reviewed by:

for Brad C. Chapman
Supervisory United States Probation Officer

PROB 35
(Rev. 6/17)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.

Ti'ara B. Williams

Crim. No. 4:19CR00058-1

On August 13, 2019, the above-named defendant was placed on probation for a period of twelve months. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

Kyle P. Grimes
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 11th day of December, 2019.

Christopher L. Ray
United States Magistrate Judge